[No. 32760-7-I.    Division One.    November 14, 1994.]

BRENDA M. HIGHFILL, ET AL, *Appellants*, v. SAMUEL
STEWART, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 91-2-13691-2, William L. Downing, J., entered
April 27, 1993. *Affirmed* by unpublished opinion per
Scholfield, J., concurred in by Pekelis, C.J., and Coleman, J.


[No. 12520-3-III.    Division Three.    November 15, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. SCOTT E.
GREEN, *Appellant*.

Appeal from a judgment of the Superior Court for Lincoln
County, No. 91-1-00023-6, Philip W. Borst, J., entered May
26, 1992. *Reversed* by unpublished opinion per Schultheis, J.,
concurred in by Thompson, C.J., and Munson, J.


[No. 12819-9-III.    Division Three.    November 15, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. JEFFREY S.
OLSON, *Appellant*.

Appeal from a judgment of the Superior Court for Chelan
County, No. 92-1-00396-2, Ted Walter Small, Jr., J., entered
October 29, 1992. *Affirmed* by unpublished opinion per
Thompson, C.J., concurred in by Munson and Grosse, JJ.


[No. 12755-9-III.    Division Three.    November 17, 1994.]

WEST ONE BANK, SPOKANE, *Respondent*, v. GARY L.
HEBENER, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for Spo-
kane County, No. 91-2-01117-1, William J. Grant, J., entered
September 8, 1992. *Affirmed* by unpublished opinion per
Munson, J., concurred in by Sweeney, A.C.J., and Schultheis,
J.